**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
(201) 507-6300
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------- X
:
MEGAN WATSON, on behalf of herself and  :
all others similarly situated,    :
:
Plaintiff,  :  Civil Action No. 15-cv-07003
:  (MCA/LDW
vs.       :
:  **NOTICE OF VOLUNTARY**
VIKING CLIENT SERVICES, INC. and  :  **DISMISSAL PURSUANT TO**
DOES 1-25,      :  **F.R.C.P. 41(a)(1)(A)(i)**
:
Defendants.  :
:
---------------------------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Puruant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Megan Watson and/or her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Viking Client Services, Inc..

Dated: April 27, 2016

By: s/ Lawrence C. Hersh
Lawrence C. Hersh, Esq.
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
(201) 507-6300
*Attorney for Plaintiff*

SO ORDERED

*s/Madeline Cox Arleo*
Madeline Cox Arleo, U.S.D.J.

Date: 4/28/16